IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BERNARDINO SUAREZ LIZARZU, )
VALERIANO BARRIONUEVO, )
    Plaintiffs, )
     )
v. )    Civil Action No. 1:08cv858
     )
TITO RICARDO VALLEJOS, )
ROMAN VALLEJOS, )
TJ BROTHERS CONSTRUCTION, LLC, )
R&V CONTRACTOR, LLC, )
RV CONSTRUCTION, LLC, )
    Defendants. )

## JUDGMENT ORDER

Upon consideration of the August 31, 2009 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and based upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the August 31, 2009 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff Bernardino Suarez Lizarzu and against all defendants, jointly and severally, in the total amount of $4,925.00.

It is further **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff Valeriano Barrionuevo and against all defendants, jointly and severally, in the total amount of $6,351.00.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended causes.

1

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to defendants and all counsel of record.

Alexandria, VA
September 22, 2009

/s/
T. S. Ellis, III
**United States District Judge**